STATE OF CONNECTICUT *v.* MICHAEL DALY
(15014)

O'Connell, Spear and Cretella, Js.

Argued January 23—officially released February 11, 1997

Per Curiam. The judgment is affirmed.

FRANK D. PALUMBO *v.* JAMES H. LEE,
ADMINISTRATOR (ESTATE OF
LUCILLE R. PALUMBO) ET AL.
(15483)

O'Connell, Foti and Landau, Js.

Argued January 24—officially released February 11, 1997

Per Curiam. The judgment is affirmed.

JANET M. CONNOR, ADMINISTRATRIX (ESTATE OF
RAYMOND T. CONNOR) *v.* LISE-LOTTE
KNUDSEN ET AL.
(15856)

Dupont, C. J., and Spear and Hennessy, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.